LOUIS HARRIS, RESPONDENT, v. MANUFACTURERS' LIA-
BILITY INSURANCE COMPANY AND CARTER & WEEKS
STEVEDORING COMPANY, APPELLANTS.

Submitted March 27, 1922—Decided April 28, 1922.

On appeal from the Supreme Court, in which the following
*per curiam* was filed:

"This is an appeal from a judgment rendered in the Hud-
son County Court of Common Pleas against the appellants,
the Manufacturers' Liability Insurance Company and Carter
& Weeks Stevedoring Company, for $390 and costs. The
identical questions are presented in this case by the appel-
lants as are presented in the case of *Dubies* v. *Manufacturers'
Liability Insurance Co.* and *Tietjen & Lang Dry Dock Co.*,
and which has just been decided. 96 *N. J. L.* 107.

"For the reasons given in that opinion, the judgment in
this case will be affirmed, with costs."

For the appellants, *Randolph Perkins*.

For the respondent, *Charles M. Egan*.

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion of the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE,
TRENCHARD, PARKER, BERGEN, MINTURN, KALISCH, WHITE,
HEPPENHEIMER, WILLIAMS, GARDNER, ACKERSON, VAN BUS-
KIRK, JJ. 13.

*For reversal*—None.